FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Nov 21, 2025
Tammy H. Downs, Clerk
By: LauraBeatty D.C.
DEP CLERK

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

IN RE: MONIQUE DENAE MURPHY        Case No. 4:25-bk-12682

                                                        **(Chapter 13)**
       **Debtor.**

## ORDER DISMISSING APPEAL

On November 4, 2025, PPMG of Texas, LLC ("**PPMG**") filed a *Notice of Appeal* (Doc. No. 71), appealing the (1) Order Granting Emergency Motion for Sanctions for Violation of the Automatic Stay entered on August 22, 2025 (Doc. No. 21) and (2) Order Awarding Damages entered on October 30, 2025 (Doc. Nos. 64 and 66). PPMG elected to have the appeal heard by the United States District Court for the Eastern District of Arkansas (Doc. No. 72).

Pursuant to Rule 8009(a) of the Federal Rules of Bankruptcy Procedure, the appellant must file and serve the designation of record and a statement of the issues to be presented within fourteen (14) days after the notice of appeal has become effective. FED. R. BANKR. P. 8009(a)(1). Neither the designation of record nor statement of issues were filed within fourteen (14) days of the date of the notice of appeal.

Pursuant to Local Rule 83.1 for the Eastern and Western Districts of Arkansas, this court is authorized to dismiss "any appeal in which the appellant has failed to file a designation of the items for the record . . . or a statement of the issues as required by the applicable rules." Local R. 83.1(II)(d)(A), *Local Rules for the E. & W. Dist. of Ark.*

Accordingly, the appeal should be and hereby is DISMISSED.

**IT IS SO ORDERED.**

                                                    /s/ Phyllis M. Jones
                                                    Phyllis M. Jones
                                                    United States Bankruptcy Judge
                                                    Dated: 11/20/2025

# Notice Recipients

District/Off: 0860–4     User: admin     Date Created: 11/20/2025
Case: 4:25–bk–12682     Form ID: pdf08Ac     Total: 8

**Recipients of Notice of Electronic Filing:**
ust     U.S. Trustee (ust)     USTPRegion13.LR.ECF@usdoj.gov
tr      Mark T. McCarty        ecfmail@ch13ark.com
aty     John Harrison Warden   harry@wardenfirm.com
aty     Kale Lewis Ludwig      kale@ludwiglawfirm.com

                                                                TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Monique Denae Murphy      7111 Indiana Ave., Apt. D4     Little Rock, AR 72207
cr      PPMG OF TEXAS LLC         P.O. Box 26        Grapevine, TX 76099
intp    Rikeya Holmes      12001 Lemoncrest Lane       Little Rock, AR 72210
cr      PPMG – Little Rock Office       29 Sagewood Ct.      North Little Rock, AR 72118

                                                                TOTAL: 4

Form mtrnsdc

# UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

## MEMORANDUM

TO: Clerk, U.S. District Court

FROM: Linda McCormack, Clerk, U.S. Bankruptcy Court

DATED: 11/21/25

SUBJECT: Transmittal of Bankruptcy Proceedings(s) on 4:25−bk−12682

The following bankruptcy matter(s) is/are transmitted to U.S. District Court for disposition:

☐ **Motion to withdraw reference.** See Local rule 83.1(c), Eastern and Western Districts of Arkansas; Bankruptcy Rule 5011; 28 U.S.C. § 157(d).

☐ **Appeal** (if election to district court is filed).

☐ **Designation of Record Has Not Been Filed**

☐ **Proposed findings and recommendations in non−core proceedings** (if all parties do not consent to bankruptcy judge entering final order or judgment). See 28 U.S.C. § 157(c); Bankruptcy Rules 7012(b) and 9033; Local Rules 83.1(b), Eastern and Western Districts of Arkansas.

☐ **Referred to U.S. District Court for jury trial where parties do not consent to Bankruptcy Court holding jury trial.** See 28 U.S.C. § 157(e); Bankruptcy Rule 9015(b); General Order 44 of the United States District Court for the Eastern District of Arkansas and General Order 32 of the United States District Court for the Western District of Arkansas (bankruptcy judges in this district are specially designated to conduct jury trials with the express consent of all parties.)

☑ **Other –** Order Dismissing Appeal

Name/Address of parties to receive notice of filing of order/judgement:

> Linda McCormack, Clerk
> By: /s/Lori Stanley
> Deputy Clerk

Page 2 – Transmittal of Bankruptcy Matter(s) on 4:25−bk−12682

## DISPOSITION BY CLERK, U.S. DISTRICT COURT

☐ Docketed as Miscellaneous Case No. _____ and assigned to Judge _____

☐ Docketed as Civil Case No. _____ and assigned to Judge _____

        Clerk, U.S. District Court
        _____ District of Arkansas

## CLERK'S CERTIFICATION

I hereby certify copies of the Judge's order/judgement were mailed to the above−named parties this _____ day of _____, 20____.

        Clerk, U.S. District Court
        _____ District of Arkansas

        By: _____
        Deputy Clerk

# Notice Recipients

District/Off: 0860–4           User: admin                Date Created: 11/21/2025
Case: 4:25–bk–12682            Form ID: mtrnsdc           Total: 5

**Recipients of Notice of Electronic Filing:**
ust     U.S. Trustee (ust)         USTPRegion13.LR.ECF@usdoj.gov
tr      Mark T. McCarty            ecfmail@ch13ark.com
aty     John Harrison Warden       harry@wardenfirm.com
aty     Kale Lewis Ludwig          kale@ludwiglawfirm.com

                                                                                TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Monique Denae Murphy       7111 Indiana Ave., Apt. D4    Little Rock, AR 72207

                                                                                TOTAL: 1